DEWEY PEGNO & KRAMARSKY LLP

777 THIRD AVENUE  NEW YORK, NEW YORK  10017

PHONE: (212) 943-9000  FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

January 17, 2019

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *TNB USA Inc. v. Fed. Reserve Bank of N.Y.*, No. 18 Civ. 7978-ALC

Dear Judge Carter:

  We represent Plaintiff TNB USA Inc. ("TNB").

  TNB filed this action on August 31, 2018. (Complaint, ECF No. 1.) On October 16, 2018, Defendant Federal Reserve Bank of New York ("FRBNY") requested a pre-motion conference to move to dismiss TNB's claims. (Letter Motion for Conference, ECF No. 14.) While FRBNY's arguments for dismissal are meritless, as we have previously explained to the Court, TNB does not oppose the request. (*See* Letter (Oct. 19, 2018), ECF No. 15.) Accordingly, we ask the Court's permission for the parties to submit an agreed briefing schedule for FRBNY's proposed motion.

  We appreciate the Court's attention to this matter.

               Respectfully submitted,

               Thomas E.L. Dewey

cc: Counsel of Record (via ECF)