UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TNB USA INC.,                                               :
                                                            :
                        Plaintiff,                          :
                                                            :
        - against -                                         :    Civ. No. 18 Civ. 7978 (ALC)
                                                            :
FEDERAL RESERVE BANK OF NEW YORK,                           :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS
## BY DEFENDANT FEDERAL RESERVE BANK OF NEW YORK

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Federal Reserve Bank of New York hereby moves to dismiss the Complaint in this action pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  March 8, 2019            By:    /s/ *Michele Kalstein*
        New York, NY                    Michele Kalstein
                                        Federal Reserve Bank of New York
                                        33 Liberty Street
                                        New York, NY 10045
                                        (212) 720-5056
                                        *Counsel for Defendant*
                                        *Federal Reserve Bank of New York*