USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-25-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TNB USA Inc.,              Plaintiff,

-against-

The Federal Reserve Bank of New York,

Defendant.

18 Civ. 7978 (ALC)

**ORDER FOR**
**ADMISSION**
**PRO HAC VICE**

The motion of Yvonne F. Mizusawa for admission to practice Pro Hac Vice in the above captioned action is ***granted***.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of the District of Columbia and that his/her contact information is as follows (please print):

> Yvonne F. Mizusawa, Senior Counsel
> Board of Governors of the Federal Reserve System
> 20th & C Streets, N.W.
> Washington, D.C. 20551
> (PH) (202) 452-3436
> (FAX) (202) 736-5615
> Yvonne.f.mizusawa@frb.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amicus curiae* the Board of Governors of the Federal Reserve System in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7-25-19

_____
United States District Judge