USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-29-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

TNB USA INC.,

                     **Plaintiff,**

     -against-

FEDERAL RESERVE BANK OF NEW YORK,

                    **Defendants.**

-----------------------------------------------------------x

1:18-cv-7978 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 8, 2019, the Board of Governors of the Federal Reserve System filed a Motion to File an Amicus Brief. That motion is GRANTED. The Board should file the brief by February 7, 2020.

**SO ORDERED.**

**Dated:** January 29, 2020

        New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**