```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-19-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TNB USA, INC.,

                      Plaintiffs,

          -against-                         18-cv-7978(ALC)

FEDERAL RESERVE BANK OF NEW          ORDER
YORK,

                      Defendant.
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The parties should file a joint status report in this matter. This status report should address only one question: whether the Federal Reserve Bank of New York has issued a decision, either approving or denying TNB's application for a master account. The parties are hereby ordered to submit this report by Friday, February 21, 2020.

**SO ORDERED.**

Dated:   February 19, 2020
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**