February 20, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *TNB USA Inc. v. Fed. Reserve Bank of N.Y.*, No. 18 Civ. 7978-ALC-KNF

Dear Judge Carter:

    Plaintiff TNB USA Inc. ("TNB") and Defendant Federal Reserve Bank of New York ("New York Fed") jointly submit this status report as Your Honor directed. (Order (Feb. 19, 2020), ECF No. 48.) We report that, as of today, the New York Fed has not issued a decision either approving or denying TNB's application for a master account.

    We thank the Court for its attention.

Respectfully,

Thomas E.L. Dewey
*Counsel for TNB*

Michael M. Brennan
*Counsel for the New York Fed*