**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TNB USA INC.,

                Plaintiff,

    -against-                    18 **CIVIL** 7978 (ALC)

                                          **JUDGMENT**

FEDERAL RESERVE BANK OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2020, Because TNB lacks standing to pursue its claim, which is also constitutionally and prudentially unripe, the FRBNY's motion to dismiss the complaint in its entirety is granted.

**Dated:** New York, New York
            March 26, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                          **BY:**
                                                          _____
                                                            **Deputy Clerk**